**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DOCKET NO.** 3:25cr58-MOC |
| v. | |
| | **BILL OF INDICTMENT** |
| **CURTIS RAY WILSON, III** <br> a.k.a Curtis Ray Wilson, Jr. | Violation:   18 U.S.C. 922(o) |

### THE GRAND JURY CHARGES:

#### COUNT ONE
*(Possession of a Machinegun)*

On or about January 29, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**CURTIS RAY WILSON, III, a.k.a. Curtis Ray Wilson, Jr.**

did knowingly possess one or more machineguns, that is, a Glock, model 23, .40 caliber handgun, modified to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c):   all firearms and ammunition involved or used in the violations set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above: a Glock, model 23, .40 caliber handgun, and ammunition seized during the course of the investigation of this matter.

A TRUE BILL

_____
FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
TIM SIELAFF
ASSISTANT UNITED STATES ATTORNEY